# FEDERAL PUBLIC DEFENDER
## District of Hawaii

Pamela J. Byrne
Assistant Federal Defender

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

(808) 541-2521 ♦ Facsimile (808) 541-3545 ♦ Toll free (877) 541-2521

July 10, 2008

George Bartels
U.S. District Court Clerk's Office
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2008

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

Re:  **Appointment of Counsel**
     **Margarita Elena Romero**
     **Cr. No. 00-00244 SOM-LEK-03**

Dear Mr. Bartels:

Ms. Margarita Elena Romero is requesting our assistance for an early termination of supervised release. Ms. Romero wishes to apply to the Court for appointed counsel in order to advise her. Her financial affidavit is enclosed herewith. It is requested that her affidavit be submitted to the Magistrate Judge for review and approval. Thank you.

Very truly yours,

PAMELA J. BYRNE
Assistant Federal Defender
District of Hawaii

:cf

Enclosure