# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. RM C-353
HONOLULU, HAWAII 96850

LESLIE E. KOBAYASHI  
UNITED STATES MAGISTRATE JUDGE

TELEPHONE: (808) 541-1331  
FAX: (808) 541-1386

July 11, 2008

Pamela Byrne, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
Districts of Hawaii and Guam
Prince Kuhio Federal Building
Suite 7102, Box 50269
300 Ala Moana Boulevard
Honolulu, HI 96850

Re:  USA V. MARGARITA ELENA ROMERO
     CR 00-00244 SOM (03)

Dear Ms. Byrne:

   This will confirm that your office will represent Margarita Elena Romero in the above-entitled matter.

                              Very truly yours,

                              Leslie E. Kobayashi
                              United States Magistrate Judge

LEK:sq